

**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

**Name:** LORAIN MEDICAL INVESTORS LIMITED PARTNERSHIP

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000311032 | **Formation Locale:** | TENNESSEE |
| **Filing Type:** | LP 1988 Act - Domestic 04/25/1996 11:58 AM | **Date Formed:** | 04/25/1996 |
| **Status:** | Active | | |
| **Duration Term:** | Expires: 04/25/2046 | | |

**Registered Agent Address**
FORREST L PRESTON
3570 KEITH ST NW
CLEVELAND, TN 37312-4309

**Principal Address**
3570 KEITH ST NW
CLEVELAND, TN 37312

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 08/30/2001 | Duplicate Name Consent | 4280-1493 |
| 05/23/1996 | Articles/Statement of Correction Name Changed | 3175-2871 |
| 04/25/1996 | Initial Filing | 3166-0141 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|

2/20/2018 7:28:47 AM



EXHIBIT A

Page 1 of 1

```
OHIO SECRETARY OF STATE                              CHARTER NUMBER:   962912
PROCESSING STATEMENT                                 ROLL AND FRAME:   5702-0464
12/27/96                                                 05702-0464

    CORPORATION:                      DOCUMENT NUMBER      CODE          FEE
                                      ----------------     ----          ---
    LORAIN MEDICAL INVESTORS LIMITED PARTNERSHIP
                                         96121042001       LPF         85.00
                                         96121042001       TIC          5.00


              051888
                                                         TOTAL :       90.00
       RETURN TO: LIFE CARE CENTERS OF AMERICA
                  ATTN J E THURMOND
                  P O BOX 3480                                          0234
                  CLEVELAND TN 37320-3480
```

Page 1

05702-0465

# The State of Ohio

## Bob Taft

Secretary of State

962912

## Certificate

It is hereby certified that the Secretary of State of Ohio has custody of the Records of Incorporation and Miscellaneous Filings; that said records show the filing and recording of: LPF TIC

of:

LORAIN MEDICAL INVESTORS LIMITED PARTNERSHIP

United States of America
State of Ohio
Office of the Secretary of State

Recorded on Roll 5702 at Frame 0466 of the Records of Incorporation and Miscellaneous Filings.

Witness my hand and the seal of the Secretary of State at Columbus, Ohio, this 10TH day of DEC A.D. 1996 .

*Bob Taft*
Bob Taft
Secretary of State

Page 2

05702-0486

Prescribed by
Bob Taft, Secretary of State
30 East Broad Street, 14th Floor
Columbus, Ohio 43266-0418
Form LPF (July 1994)

Approved 29
Date 12/10/96
Fee $85*

96/2104/2004

## APPLICATION FOR FOREIGN LIMITED PARTNERSHIP REGISTRATION

The undersigned, desiring to register a foreign limited partnership in accordance with Ohio Revised Code Section 1782.49, hereby states as follows:

1. The name of the foreign limited partnership is: __LORAIN MEDICAL INVESTORS LIMITED__
   (name of foreign limited partnership)
   __PARTNERSHIP__

2. The foreign limited partnership was formed on __April 25, 1996, with certificate of correction being filed on May 23, 1996,__ month  day  year
   under the laws of the state/country of __Tennessee__.

3. The foreign limited partnership hereby appoints the following as its agent upon whom process against the foreign limited partnership may be served in the State of Ohio. The name and complete address of the agent is:

   __C T Corporation System__          __815 Superior Avenue N. E.__
   (name)                              (street and number)

   __Cleveland__         , Ohio  __44114__
   (city, village or township)        (zip code)

4. The foreign limited partnership irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:

   a. the agent cannot be found, or
   b. the foreign limited partnership fails to designate another agent when required to do so, or
   c. the limited liability company's registration to do business in Ohio expires or is cancelled.

5. The address of the foreign limited partnership in the state or country of formation is:

   __3570 Keith Street, NW__            __Cleveland__
   (street and number)                  (city, village or township)

   __Tennessee__                        __37312__
   (state or country)                   (zip code)

   (If the foreign limited partnership is not required to maintain an office in its state of formation, please indicate this fact in this space)

(OHIO - LP - 2758 - 6/15/94)

Page 3

05702-0407

6. The address of the foreign limited partnership's principal office is:

| 3570 Keith Street, NW | Cleveland |
|---|---|
| (street and number) | (city, village or township) |
| Tennessee | 37312 |
| (state or country) | (zip code) |

7. The name and business or residence address of each GENERAL PARTNER is:

| Name | Address |
|---|---|
| Forrest L. Preston | 3570 Keith Street, NW |
| | Cleveland, TN 37312 |
| Developers Investment Company, Inc. | 3570 Keith Street, NW |
| | Cleveland, TN 37312 |

*(if insufficient space to cover this item, please attach additional sheet)*

8. The address of the office where a list of the names and business or residence addresses of the limited partnership and their capital contributions is to be maintained until the registration of the foreign limited partnership is cancelled or withdrawn is:

| 3570 Keith Street, NW | Cleveland |
|---|---|
| (street and number) | (city, village or township) |
| Tennessee | 37312 |
| (state or country) | (zip code) |

9. This application (is)(is not) being filed solely to comply with Ohio Revised Code Section 1782.63(A)(1).

IN WITNESS WHEREOF, the undersigned has executed this Application for Foreign Limited Partnership Registration this 9th day of December 19 96.

Lorain Medical Investors Limited Partnership
BY: Developers Investment Company, Inc., Corporate *
Signed: BY: [signature]
Cindy S. Cross, Assistant Secretary

*General Partner

**INSTRUCTIONS**

1. *If the foreign limited partnership completing this application was formerly registered with an Ohio county recorder's office, and this filing is made solely to comply with Ohio Revised Code Section 1782.63(A)(1), then no fee is required.
2. This application is to be signed by a general partner of the limited partnership.

[Ohio Revised Code Section 1782.49]

(OHIO - LP - 2758)

TOTAL P.03

Page 4



**Life Care Centers of America**

3570 Keith Street, N.W / P.O. Box 3480 / Cleveland, Tennessee 37320-3480 / (423) 472-9585

05702-0468

<u>**VIA UPS NEXT DAY AIR**</u>

December 9, 1996

Ohio Secretary of State
ATTN: Corporation Division
30 East Broad Street, 14th Floor
Columbus, Ohio 43266-0418

RE: <u>Lorain Medical Investors Limited Partnership</u>

Dear Clerk:

Enclosed herewith please find two (2) executed Applications for Foreign Limited Partnership Registration regarding the above-referenced entity. Also enclosed herewith is our check for $90.00 which represents the necessary filing fees.

We would appreciate your filing the Applications within your office and returning a "filed" copy of the application along with a Certificate of Good Standing for the partnership to me in the self-addresses UPS 2nd Day Air package enclosed herewith.

It is our understanding that the corporate general partner for any limited partnership registered in Ohio must be qualified to do business in Ohio. Therefore, I offer the following information regarding Developers Investment Company, Inc.:

    Filed January 28, 1988:
    Filing #FL718005;
    Receipt #G0234-0093; and,
    Evidenced as Roll G322 Frame 0093.

CORRESPONDENCE

05702-0409

Ohio Secretary of State
December 9, 1996
Page 2

If you should have any questions or comments regarding our requests above, please contact me at (423) 339-5166.

Sincerely,

*Joan E. Thurmond*

Joan E. Thurmond
Legal Assistant

/jet

Enclosures