

Office of
## TOM ORLANDO
Lorain County Clerk of Court of Common Pleas
Lorain County Justice Center, 225 Court St., 1st Floor, Elyria, OH 44035

## Public Docket Information

**DORIS J PIPPERT V/S LIFE CARE CENTER OF ELYRIA**  Case Number: **18CV194294**

### Case Details

Type Of Action: Other Torts
Judge: Miraldi, Judge John
Filed On: 1/19/2018

### Parties

| Name | Birth Date | Party | Address | Attorney(s) |
|---|---|---|---|---|
| PIPPERT, DORIS J | N/A | P | Personal Rep of Estate of Robert A Pippert 443 ELYRIA AVE AMHERST, OHIO 44001 | DICKSON, BLAKE A ENTERPRISE PLACE STE. 420 3401 ENTERPRISE PARKWAY BEACHWOOD, OHIO 44122 |
| LIFE CARE CENTER OF ELYRIA | N/A | D | 1212 SOUTH ABBE RD ELYRIA, OHIO 44035 | PERRY, BRET C Bonezzi Switzer Murphy Polito Hupp Co, LPA 1300 East Ninth St., STE. 1950 Cleveland, OHIO 44114<br><br>LANGE, BRIAN F BONEZZI SWITZER MURPHY POLITO & HUPP CO LPA 1300 E 9TH ST, #1950 CLEVELAND, OHIO 44114 |
| LORAIN MEDICAL INVESTORS LIMITED PARTNERSHIP | N/A | D | C/O CORP SERVICE COMPANY R/A 50 WEST BROAD ST, STE 1330 COLUMBUS, OHIO 43215 | PERRY, BRET C Bonezzi Switzer Murphy Polito Hupp Co, LPA 1300 East Ninth St., STE. 1950 Cleveland, OHIO 44114<br><br>LANGE, BRIAN F BONEZZI SWITZER MURPHY POLITO & HUPP CO LPA 1300 E 9TH ST, #1950 CLEVELAND, OHIO 44114 |
| PRESTON, FORREST | N/A | D | 3570 KEITH ST NW CLEVELAND, TENNESSEE 37312 | |

EXHIBIT D

| | | | | |
|---|---|---|---|---|
| LIFE CARE CENTERS OF AMERICA | N/A | D | 3570 KEITH ST NW CLEVELAND, TENNESSEE 37312 | PERRY, BRET C<br>Bonezzi Switzer Murphy Polito Hupp Co, LPA<br>1300 East Ninth St., STE. 1950<br>Cleveland, OHIO 44114<br><br>LANGE, BRIAN F<br>BONEZZI SWITZER MURPHY POLITO & HUPP CO LPA<br>1300 E 9TH ST, #1950<br>CLEVELAND, OHIO 44114 |
| LIFE CARE CENTERS OF AMERICA INC | N/A | D | C/O CORPORATION SERVICE COMPANY R/A<br>50 WEST BROAD ST, STE 1330<br>COLUMBUS, OHIO 43215 | PERRY, BRET C<br>Bonezzi Switzer Murphy Polito Hupp Co, LPA<br>1300 East Ninth St., STE. 1950<br>Cleveland, OHIO 44114<br><br>LANGE, BRIAN F<br>BONEZZI SWITZER MURPHY POLITO & HUPP CO LPA<br>1300 E 9TH ST, #1950<br>CLEVELAND, OHIO 44114 |
| JOHN DOE 1-10 | N/A | D | , | |

**Filter Docket**

☐ Show All        ☐ FILING        ☐ MOTION
☐ FEES

[Filter]

| Date | Type | Description |
|---|---|---|
| 01/19/2018 | N/A | Filing fee of $300.00, paid by: THE DICKSON FIRM LLC |
| 01/19/2018 | N/A | Receipt #: 18-0001829 Processed. |
| 01/19/2018 | FILING | COMPLAINT W/JURY DEMAND FILED. |
| 01/22/2018 | MOTION | PLTF'S MOTION FOR EXTENSION OF TIME TO FILE AFFIDAVITS OF MERIT FILED |
| 01/22/2018 | N/A | SUMMONS W/COPY OF COMPLAINT W/PLTF'S MOTION FOR EXTENSION OF TIME TO FILE AFFIDVITS OF MERIT SENT CERTIFIED MAIL TO: LIFE CARE CENTER OF ELYRIA ARTICLE #9590926699042107900748 |
| 01/22/2018 | N/A | SUMMONS W/COPY OF COMPLAINT W/PLTF'S MOTION FOR EXTENSION OF TIME TO FILE AFFIDVITS OF MERIT SENT CERTIFIED MAIL TO: LORAIN MEDICAL INVESTORS LIMITED PARTNERSHIP ARTICLE #9590926699042107900731 |
| 01/22/2018 | N/A | SUMMONS W/COPY OF COMPLAINT W/PLTF'S MOTION FOR EXTENSION OF TIME TO FILE AFFIDVITS OF MERIT SENT CERTIFIED MAIL TO: FORREST PRESTON ARTICLE #9590926699042107900724 |
| 01/22/2018 | N/A | SUMMONS W/COPY OF COMPLAINT W/PLTF'S MOTION FOR EXTENSION OF TIME TO FILE AFFIDVITS OF MERIT SENT CERTIFIED MAIL TO: LIFE CARE CENTERS OF AMERICA ARTICLE #9590926699042107900717 |
| 01/22/2018 | N/A | |

| Date | Type | Description |
|---|---|---|
| 01/23/2018 | N/A | SUMMONS W/COPY OF COMPLAINT W/PLTF'S MOTION FOR EXTENSION OF TIME TO FILE AFFIDVITS OF MERIT SENT CERTIFIED MAIL TO: LIFE CARE CENTERS OF AMERICA INC ARTICLE #9590926699042107900700 |
| 01/23/2018 | N/A | Upon consideration of both Plaintiff's motion for an extension of time, the Court finds that Plaintiff's motion is well taken. Plaintiff shall file an affidavit of merit pursuant to Civ.R. 10(D) on or before April 18, 2018. IT IS SO ORDERED. See Journal. |
| 01/25/2018 | FEES | FEES ADDED: |
| 01/30/2018 | N/A | Certified Mail Return : Article # : 9590926699042107900748, Delivered Date : 01/25/2018, Reason : Signed Receipt for Certified Mail Returned and Filed., Party : LIFE CARE CENTER OF ELYRIA, Note : |
| 01/30/2018 | N/A | Certified Mail Return : Article # : 9590926699042107900731, Delivered Date : 01/25/2018, Reason : Signed Receipt for Certified Mail Returned and Filed., Party : LORAIN MEDICAL INVESTORS LIMITED PARTNERSHIP, Note : |
| 02/01/2018 | N/A | Certified Mail Return : Article # : 9590926699042107900700, Delivered Date : 01/29/2018, Reason : Signed Receipt for Certified Mail Returned and Filed., Party : LIFE CARE CENTERS OF AMERICA INC, Note : |
| 02/06/2018 | N/A | Certified Mail Return : Article # : 9590926699042107900724, Delivered Date : 02/01/2018, Reason : Signed Receipt for Certified Mail Returned and Filed., Party : FORREST PRESTON, Note : |
| 02/09/2018 | N/A | Certified Mail Return : Article # : 9590926699042107900717, Delivered Date : 02/07/2018, Reason : Signed Receipt for Certified Mail Returned and Filed., Party : LIFE CARE CENTERS OF AMERICA, Note : |
| 02/22/2018 | N/A | MOTION FOR LEAVE TO PLEAD ON BEHALF OF DEFS LIFE CARE CENTER OF ELYRIA,LORAIN MEDICAL INVESTORS LIMITED PARTNERSHIP,FORREST PRESTON,LIFE CARE CENTERS OF AMERICA AND LIFE CARE CENTERS OF AMERICA INC FILED |
| 02/22/2018 | N/A | MOTION TO STAY DISCOVERY ON BEHALF OF DEFS LIFE CARE CENTER OF ELYRIA,LORAIN MEDICAL INVESTORS LIMITED PARTNERSHIP,FORREST PRESTON,LIFE CARE CENTERS OF AMERICA AND LIFE CARE CENTERS OF AMERICA INC FILED |
| 02/22/2018 | N/A | Defendants' Life Care Center of Elyria, Lorain Medical Investors Limited Partnership, Forrest Preston, Life Care Centers of America and Life Care Centers of America, Inc.'s motion for leave to plead is granted. Defendants shall move or plead within twenty-eight days after Plaintiff has filed her affidavit of merit as required by Civ.R.10(D)(2). IT IS SO ORDERED. |
| 02/26/2018 | FEES | FEES ADDED: |

Print Docket      Close